IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

INFINITE ENERGY, INC.,
a Florida corporation,

    Plaintiff,

vs.                                    CASE NO.: 1:07-CV-023-SPM

THAI HENG "HANK" CHANG,

    Defendant.
_____/

## ORDER EXPEDITING RESPONSE

THIS CAUSE comes before the Court upon "Plaintiff Emergency Motion to Transfer Action to the Northern District of Georgia" (doc. 221). This Court finds that Plaintiff will not be prejudiced if Defendant has an opportunity to respond to Plaintiff's motion. However, this Court also finds that because the parties have discussed this issue previously and even filed briefs addressing this very question, Defendant does not need the full 14 days to articulate a response to the Court.

Accordingly, it is ORDERED AND ADJUDGED that Defendant shall have up to and including **Friday, October 3, 2008** to file a response to Plaintiff's motion to transfer.

DONE AND ORDERED this first day of October, 2008.

                                       *s/ Stephan P. Mickle*
                                       Stephan P. Mickle
                                       United States District Judge